PAYNE & FEARS LLP
ATTORNEYS AT LAW
4 PARK PLAZA, SUITE 1100
IRVINE, CA 92614
(949) 851-1100

JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT MEYER, an individual, | CASE NO. SACV 10-00432-DOC(RNBx) |
| Plaintiff, | Judge David O. Carter |
| v. | **JUDGMENT** |
| THE BOEING COMPANY, a Delaware Corporation; STEVE WESTBROOK, an individual; KIRK KELLY, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

This action came on for hearing before the Court on March 21, 2011, before the Honorable David O. Carter upon the Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment (the "Motion") by Defendant The Boeing Company ("Boeing").

The evidence presented having been fully considered, the issues having been duly heard, including the argument of counsel, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that Boeing's Motion is GRANTED on the basis that there is no triable issue as to any fact material to Boeing's Motion and that Boeing is entitled to judgment as a matter of law on Plaintiff's Complaint in its entirety pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED AND ADJUDGED** that Judgment be and is hereby entered in favor of Boeing, that Plaintiff Herbert Meyer take nothing, that the action be dismissed with prejudice on the merits, and that Boeing recover its costs of suit.

**SO ORDERED** this <u>4th</u> day <u>May</u>, 2011.

_David O. Carter_
THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT COURT JUDGE